# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01757(1,2) |
| | § |
| (1) Cierra Olmos | § |
| (2) Jesus Ivan Valadez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 25, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with and other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)** .

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On July 25, 2022, defendants, Cierra Olmos and Jesus Valadez, both U.S. Citizens, were arrested near Carrizo Springs, TX for conspiracy to transport two illegal aliens into the U.S. Defendants were encountered driving a white 2015 Toyota Corolla at the Border Patrol Checkpoint on FM 2644.  During primary inspection agents determined defendants were transporting illegal aliens.  Agents further discovered a 9mm Ruger*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
De Milio, Gregory D.
Border Patrol Agent

07/28/2022      at   DEL RIO, Texas
File Date                                                 City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                    Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01757(1,2)

(1) Cierra Olmos
(2) Jesus Ivan Valadez

**Continuation of Statement of Facts:**

Piston in the glove compartment with a fully loaded magazine with no round in the chamber (VALADEZ claimed ownership). Agents also found 3g of heroin and 2 Xanax pills. VALADEZ also had methamphetamine on his person. OLMOS stated she picked up the subjects in Eagle Pass, was forced to drive and later found the subjects were illegal aliens. VALADEZ admitted picking up and transporting the illegal aliens to San Antonio, TX for $2,000 USD per person."

_____  _____
Signature of Judicial Officer  Signature of Complainant