## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   DR:22-M -01757(2) |
| | § | |
| (2) Jesus Ivan Valadez | § | |

### ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18  U.S.C.  3142(f), a preliminary and detention hearing has been held.  I conclude that the following facts require the detention of the defendant pending trial in this case.

### I.  Findings of Fact

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that there is probable cause to believe that the Defendant committed the offense alleged in the criminal Complaint, violation 8:1324  Conspiracy to Transport Illegal Aliens, for which a sentence of up to ten years in prison is prescribed.

AUSA Paul Markovits   called Agent Katrina Smith  to testify.  Defendant is a citizen of United States smuggling aliens in the Western District of Texas.  At a checkpoint, Defendant was found to have 2 illegal aliens in the back seat with evidence in defendant's phone confirming the conspiracy to transport aliens.  Defendant has pending State of Texas active warrants.

Based on Defendant's offense conduct and criminal history,  the Court finds by clear and convincing evidence that the Defendant poses a serious danger to the community.  Because of the potential sentence if convicted,  the Court concludes that the Defendant poses a serious risk of flight.  Additionally the Court concludes there are no conditions or combination of conditions

that will  reasonably assure the appearance of the Defendant as required or to ensure the safety of the community.

Accordingly,   the Court concludes that Defendant be **DETAINED** as there are no conditions or combinations of conditions   that would reasonably assure the Defendant's appearance in court and the safety of the community.

II.  <u>Directions Regarding Detention</u>

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of theCourt of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED on 3rd day of August, 2022

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE